7576/jlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-CV-80064-KLR

SHELLEY PENNEY, GLADYS MURPHY,
ADRIANAH SEELY, STEVEN MARKS,
individually and on behalf of all other
similarly situated,

    Plaintiffs,

vs.

WAIORA, LLC., WAIORA USA, INC., WAIORA
INTERNATIONAL, INC., WAIORA HOLDINGS,
LLC., WAIORA AUSTRALIA, LLC., WAIORA
HONG KONG, LLC., WAIORA SINGAPORE, LLC.,
ENO RESEARCH AND CONSULTING SERVICES,
LLC., NDA CONSULTING, INC., STANLEY J.
CHERELSTEIN, ERIK J. DIETSCH a/k/a RIK
DIETSCH, NORWOOD STONE, JAMES FLOWERS,
JOHN DOE MANUFACTURER and WAIORA
INTERNATIONAL, LTD.

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANTS ERIK DEITSCH AND NDA CONSULTING

Plaintiff's, SHELLY PENNY, GLADYS MURPHY, ADRIANAH SEELY, AND STEVEN MARKS, and Defendants, ERIK DEITSCH and NDA CONSULTING, pursuant to the Federal Rules of Civil Procedure, hereby jointly file this Stipulation of Dismissal with Prejudice and state:

    1.    Plaintiffs and Defendants, Erik Deitsch and NDA Consulting, Inc. had

Joint Stipulation for Dismissal with Prejudice
Penney v Waiora, et al
Case No. 9:12-cv-80064-KLR
Page 2

previously filed a stipulated Joint Motion for Dismissal With Out Prejudice on March 5, 2013. (Doc. #134).

2. The Court entered its Order Dismissing Defendants, Erik Deitsch and NDA Consulting, Inc. without prejudice on March 8, 2013. (Doc. #139).

3. The intent of the parties was to dismiss these Defendants without prejudice pending the Court's approval of the class action settlement.

4. By agreeing to dismiss Defendants, Erik Deitsch and NDA Consulting, Inc. without prejudice, the Plaintiffs were reserving their right to re-file their case against these Defendants in the event that the Court did not approve the class action settlement.

5. The Court entered its Order approving the class action settlement on September 12, 2013. (Doc. #157).

6. The Plaintiffs and Defendants, Erik Deitsch and NDA Consulting, Inc. now agree and stipulate that these Defendants Erik Deitsch and NDA Consulting should now be dismissed with prejudice.

7. The Plaintiffs and Defendants Erik Deitsch and NDA Consulting, therefore request that the Court modify its previously entered Order (Doc. #139) to reflect that Erik Deitsch and NDA Consulting are dismissed with prejudice.

Joint Stipulation for Dismissal with Prejudice
Penney v Waiora, et al
Case No. 9:12-cv-80064-KLR
Page 3

By  s/Robert D. Moses
Robert D. Moses, Esquire
Florida Bar No. 182860
Rmoses@wmrfla.com
WIEDERHOLD, MOSES, KUMMERLEN
& WARONICKI, P.A.
Attorneys for Defendant, Dietsch
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
P.O. Box 3918
West Palm Beach, FL 33402
561/615-6775
561/615-7225 - Facsimile

I HEREBY CERTIFY that on this 4th day of November, 2013 I electronically filed the foregoing with the Clerk of the Southern District Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic filings.

By  s/Robert D. Moses
Robert D. Moses, Esquire
Florida Bar No. 182860
Rmoses@wmrfla.com
WIEDERHOLD, MOSES, KUMMERLEN
& WARONICKI, P.A.
Attorneys for Defendant, Dietsch
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
P.O. Box 3918
West Palm Beach, FL 33402
561/615-6775
561/615-7225 - Facsimile