7576/jlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80064-KLR

SHELLEY PENNEY, GLADYS MURPHY,
ADRIANAH SEELY, STEVEN MARKS,
individually and on behalf of all other
similarly situated,

    Plaintiffs,

vs.

WAIORA, LLC., WAIORA USA, INC., WAIORA
INTERNATIONAL, INC., WAIORA HOLDINGS,
LLC., WAIORA AUSTRALIA, LLC., WAIORA
HONG KONG, LLC., WAIORA SINGAPORE, LLC.,
ENO RESEARCH AND CONSULTING SERVICES,
LLC., NDA CONSULTING, INC., STANLEY J.
CHERELSTEIN, ERIK J. DIETSCH a/k/a RIK
DIETSCH, NORWOOD STONE, JAMES FLOWERS,
AND JOHN DOE MANUFACTURER,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, ERIK J. DIETSCH a/k/a RIK DIETSCH and NDA CONSULTING, INC.

THIS CAUSE, having come before the Court on the Joint Stipulation of Dismissal with Prejudice filed as to Defendants Erik J. Deitsch and NDA Consulting, Inc., wherein the parties request that the Court modify its previously entered Order dismissing without prejudice as to Erik J. Deitsch and NDA Consulting to one in which these Defendants are

Penney v Waiora, et al
Case No. 9:12-cv-80064-KLR
Page 2

dismissed with prejudice, and the Court having reviewed that Stipulation and the case file, it is hereby

ORDERED AND ADJUDGED as follows:

This case is hereby dismissed with prejudice as to Defendants Erik J. Deitsch and NDA Consulting Inc., with those Defendants bearing their own attorney's fees and costs, and with Plaintiffs not seeking attorney's fees or costs from these Defendants.

DONE AND ORDERED in West Palm Beach, Florida, this  5  day of November, 2013.

_____
Honorable Kenneth L. Ryskamp
United States District Judge

Copies furnished to:
Counsel of Record